AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| **Eustacio ZAMUDIO** | ) Case No. |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 21, 2022** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States near Laredo, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about April 21, 2022 the defendant Eustacio ZAMUDIO was apprehended near Laredo, Texas. After a brief interview it was determined that, Eustacio ZAMUDIO was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Eustacio ZAMUDIO was previously REMOVED from the United States on 03/30/2011 at Laredo, Tx. There is no record that Eustacio ZAMUDIO has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

*Edilberto Ramirez*
Complainant's signature

Edilberto Ramirez , Border Patrol Agent
Printed name and title

Sworn to before me and signed in my presence,

Date: April 25, 2022

Judge's signature

City and state: Laredo, Texas

Christopher dos Santos , U.S. Magistrate Judge
Printed name and title